UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES of the LOCAL 813 PENSION TRUST FUND,

    Plaintiffs,

v.

ROYAL WASTE SERVICES, INC.,

    Defendant.

No.: _____

# COMPLAINT

Plaintiffs, the Trustees (the "Trustees") of the Local 813 Pension Trust Fund (the "Fund"), by and through their undersigned counsel, bring this action against Defendant Royal Waste Services, Inc. ("Royal Waste"), and allege as follows:

## I. INTRODUCTION

1. This is an action under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), to recover withdrawal liability owed to the Fund.

2. Non-party Argento Rubbish Removal, Inc. ("Argento Rubbish") was a contributing employer to the Fund until April 29, 2022, when Argento Rubbish permanently ceased all operations and thereby completely withdrew from the Fund.

3. On that same date, Royal Waste purchased substantially all of Argento Rubbish's assets, hired all its employees, and began performing the same services for the same customers using the same equipment and personnel as Argento Rubbish had before the sale.

4. On May 27, 2022, the Trustees of the Fund assessed Argento Rubbish with withdrawal liability, and on June 2, 2022, the Trustees accelerated the liability and demanded

immediate payment. The deadlines to challenge the withdrawal liability have lapsed, and to date, no payments have been made.

5. Because Argento Rubbish is judgment proof, in this action, the Trustees seek to hold its successor, Royal Waste, liable for the $659,403.36 in withdrawal liability, interest, and liquidated damages accrued to date, additional amounts accrued through the entry of judgment, and their attorneys' fees and costs.

## II. JURISDICTION AND VENUE

6. This Court has personal jurisdiction over Royal Waste because, pursuant to 29 U.S.C. § 1451(d), Royal Waste resides and does business within the United States.

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the Trustees are fiduciaries of the Fund who seek relief pursuant to 29 U.S.C. §§ 1132 and 1451.

8. Venue is proper in the Eastern District of New York because the Fund is administered in this District.

## III. THE PARTIES

9. The Fund is a jointly-administered, multi-employer, labor-management trust fund established and maintained pursuant to collective bargaining agreements in accordance with 29 U.S.C. § 186(c)(5)–(6); an employee benefit plan within the meaning of 29 U.S.C. §§ 1002(2)–(3) and 1132(d)(1); and a multi-employer plan within the meaning of 29 U.S.C. §§ 1002(37) and 1451.

10. Plaintiffs are the Trustees of the Fund and bring this action in their capacities as fiduciaries pursuant to 29 U.S.C. §§ 1002(21) and 1451(a)(1). The Fund is administered from 48-18 Van Dam Street, Suite 201, Long Island City, New York, 11101.

11. The Fund is governed by an Agreement and Declaration of Trust (the "Trust"). Pursuant to the authority delegated to them under the Trust, the Trustees have adopted, effective

September 20, 2005, Withdrawal Liability Procedures to govern the assessment and collection of withdrawal liability. The Withdrawal Liability Procedures allow the Trustees to declare an employer in default of its withdrawal liability if they determine there is a substantial risk the employer will be unable to pay its withdrawal liability.

12. Royal Waste is a for-profit domestic corporation having its principal place of business at 187-40 Hollis Avenue, Jamaica, NY 11423.

## IV. BACKGROUND

13. Argento Rubbish was a sanitation company that was party to collective bargaining agreements with Local Union 813, International Brotherhood of Teamsters (the "Union"). Pursuant to those agreements, Argento Rubbish remitted contributions for those of its employees who performed covered work to four multiemployer benefit plans jointly sponsored by the Union, one of which was the Fund.

14. On May 6, 2022, Argento Rubbish notified the Union that it had permanently ceased all operations effective April 29, 2022.

15. In accordance with 29 U.S.C. § 1399(b)(1) and (c)(1), by letter dated May 27, 2022, a true and correct copy of which is attached as **Exhibit A**, the Trustees notified Argento Rubbish that it had effectuated a complete withdrawal from the Fund and that its allocated share of the unfunded vested liabilities of the Fund was $1,233,673.00, which as a result of the twenty-year cap on payments, was reduced to $300,960 and payable in monthly installments commencing July 27, 2022.

16. By letter dated June 2, 2022, a true and correct copy of which is attached as **Exhibit B**, the Trustees notified Argento Rubbish that they had exercised their authority under 29 U.S.C. § 4219(c)(5)(B) and the Fund's Withdrawal Liability Procedures to declare Argento Rubbish in default and demanded immediate payment because the permanent cessation of

Argento Rubbish's operations presented a substantial risk that it would be unable to pay the withdrawal liability.

17. Argento Rubbish did not subsequently request a review or commence arbitration with respect to the Trustees' assessment of withdrawal liability or their decision to accelerate the liability pursuant to 29 U.S.C. §§ 1399 and 1401, the deadlines for which subsequently lapsed by September 2022.

18. On September 22, 2022, the Trustees filed suit against Argento Rubbish in this district, Docket No. 1:22-cv-05683, to compel payment of the withdrawal liability, and on September 13, 2023, the court entered judgment in favor of the Fund.

19. Following post-judgment discovery, the Trustees learned that Argento Rubbish was judgment proof and that Royal Waste was its successor.

20. Prior to its withdrawal from the Fund, on March 10, 2021, Argento Rubbish entered into an agreement to sell substantially all its assets to Royal Waste (the "APA"), a sanitation company that, for many years, had been a party to collective bargaining agreements with the Union. Pursuant to those bargaining agreements, Royal Waste contributed to the same four multiemployer benefit plans as Argento Rubbish, except for the Fund, from which it completely withdrew in 2016.

21. Under the terms of the APA, Argento Rubbish agreed to sell to Royal Waste all its contracts, customer accounts, receivables, trucks, and rear load containers in exchange for payments totaling $540,479.40.

22. Upon information and belief, at the time Royal Waste entered into the APA, Royal Waste knew or had reason to know that Argento Rubbish was a contributing employer to the Fund, and that the permanent cessation of Argento Rubbish's operations and/or the sale of

4

substantially all its assets would result in Argento Rubbish effecting a complete withdrawal from the Fund and thereby becoming responsible to pay withdrawal liability to the Fund.

23. On April 28, 2022, the New York City Business Integrity Commission approved the sale, and on April 29, 2022, Royal Waste and Argento Rubbish held a closing to effectuate the sale.

24. Immediately following the closing, Royal Waste hired all of Argento Rubbish's former employees, who, upon information and belief, are Union members who continue to perform the same work for the same customers in the same location using the same equipment as before. Upon information and belief, these employees are subject to substantially the same terms and conditions of employment, and Royal Waste continues to remit contributions to as many as three of the same four multiemployer benefit plans as Argento Rubbish had before the sale.

25. To date, the Fund has not received any payments toward the outstanding withdrawal liability.

## COUNT I

### Successor Liability Owed by Royal Waste
### Pursuant to 29 U.S.C. §§ 1132, 1451

26. Plaintiffs repeat and reallege the foregoing allegations as if fully set forth herein.

27. Royal Waste purchased all or substantially all the assets of Argento Rubbish, hired all its employees, and substantially continued its operations by performing the same type of work for the same customers using the same employees pursuant to substantially the same terms and conditions of employment.

28. At the time Royal Waste entered into the transaction, closed the sale, and/or began to substantially continue Argento Rubbish's operations, Royal Waste knew or had reason

to know that Argento Rubbish had effected a completed withdrawal from the Fund and would owe the Fund withdrawal liability.

29. On May 27, 2022, the Trustees assessed Argento Rubbish with withdrawal liability, and on June 2, 2022, the Trustees declared Argento Rubbish in default. The deadlines to request a review or commence arbitration with respect to those determinations have lapsed, thereby making the amount of liability incontestable.

30. Therefore, Royal Waste is Argento Rubbish's successor and is jointly and severally liable for Argento Rubbish's outstanding withdrawal liability.

31. The Trustees of the Fund demand judgment against Royal Waste for $659,403.36, consisting of $300,960.00 in withdrawal liability, interest at the rate of 1.5% per month, and liquidated damages at the rate of 1.5% per month. The Trustees also seek an additional award of interest and liquidated damages accruing the entry of judgment, their reasonable attorneys' fees and costs, and all other relief that the Court may deem just and proper.

Dated: November 17, 2025

**PROSKAUER ROSE LLP**

By: */s/ Neil V. Shah*
　　　Neil V. Shah
Eleven Times Square
New York, New York 10036
(212) 969-3028
nshah@proskauer.com

*Counsel for the Plaintiffs*