# EXHIBIT A



# Local 813 Insurance and Pension Trust Funds
# Local 27 Pension Trust Fund
# Local 1034 Pension Fund
# Nurses and Local 813 and Retirement Trust Fund
# Local 813 Savings and Thrift Trust Fund

48-18 Van Dam Street, Suite 201, Long Island City, NY 11101•(718) 937-7150 •Fax: (718) 937-7552

By: USP Priority Mail / Fax: (718) 792-4711

Adam A. Vionito
Owner
Argento Rubbish Removal, Inc.
646 Pelham Road
New Rochelle, New York 10805

-and-

3286 Country Club Road
Bronx, New York 10465

May 27, 2022

Re: **Notice of Withdrawal Liability for the Local 813 Pension Trust Fund
And Demand for Payment**

Dear Mr. Vionito:

According to our records, **Argento Rubbish Removal, Inc.** (the "Company") ceased to have an obligation to contribute to the Local 813 Pension Trust Fund (the "Fund") as of the last date of operation, on **April 29, 2022.** As a result, the Company has affected a complete withdrawal from the Fund, within the meaning of Section 4203(a) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Consequently, the Company is subject to the payment of withdrawal liability to the Fund and, in accordance with the requirements of Section 4202 of ERISA, the Board of Trustees of the Fund hereby makes demand for payment of withdrawal liability, as described below.

In accordance with the Fund's method of computing withdrawal liability, the Fund's actuary has determined the Company's withdrawal liability to the Fund to be **$1,233,673.00.** Under Sections 4219(c)(1)(C) and (c)(3) of ERISA, the Company is required to pay the full amount of its withdrawal liability in **Two Hundred Forty (240) monthly installment payments, each in the amount of $1,254.00. Please note that the payment schedule is limited to 20 years as prescribed in Section 4219 of ERISA.** Enclosed is a payment schedule setting forth the Company's required withdrawal liability payments. Pursuant to Section 4219(c)(4) of ERISA, the Company may elect to prepay the outstanding amount, plus accrued interest, in whole or in part, without penalty.

In accordance with Section 4219(c)(2) of ERISA, payment of withdrawal liability to the Fund is required to commence no later than 60 days after the date of this Notice, "notwithstanding any request for review or appeal of determinations of the amount of such liability." Thus, the Company's initial monthly withdrawal liability payment is due on or before **July 27, 2022.**

Payment of withdrawal liability should be made directly to the order of **"Local 813 Pension Trust Fund"** and forwarded to the undersigned at the address above.

> **Please be advised that the liability and payment schedule set forth above and in the enclosure is subject to adjustment due to a change in withdrawal liability resulting from, for example (but not limited to), finalization of the Fund's actuarial valuation for the plan year preceding the date of the Company's withdrawal liability, any actuarial change in the amount of unfunded vested benefits, the final results of any audit of the Company's books and records that has been or may be conducted by the Fund, or any other information received concerning the Company. If a change becomes necessary, the Fund will submit an amended withdrawal liability statement and payment schedule to the Company.**

Failure to commence payment of withdrawal liability or to make timely subsequent payments, as required under ERISA, will constitute a "default" within the meaning of Section 4219(c)(5) of ERISA, and will entitle the Fund to require immediate payment of the full amount of withdrawal liability owed to the Fund by the Company, plus accrued interest. The Fund will assess such default penalties on the entire amount of the Company's withdrawal liability, as well as any court costs and attorneys' fees incurred in collecting such delinquency.

Under Section 4219(b)(2)(A) of ERISA, the Company has the right, within 90 days after the receipt of this Notice, to:

(1) Request the Trustees to review any specific matter relating to the determination of the Company's withdrawal liability and the schedule of payments described herein;

(2) Identify any inaccuracy in the determination of the amount of unfunded vested benefits allocable to the Company; and

(3) Furnish any additional relevant information to the Trustees.

Pursuant to Section 4221 of ERISA, any dispute arising out of the Fund's determination and review must be resolved through arbitration. Either party may initiate the arbitration proceeding herein within a 60-day period after the earlier of:

(a) The date of the Fund's notification to the Company under Section 4219(b)(2)(B) of ERISA, or

2

(b) 120 days after the date of the Company's request under Section 4219(b)(2)(A) of ERISA.

**_Under Section 4219(c)(2) of ERISA, the Company must commence payments demanded herein in accordance with the terms and schedule set forth above, notwithstanding any request for review or appeal of determinations._**

Pursuant to Section 4219(a) of ERISA, it is hereby requested that the Company advise the undersigned, within 30 days of the date of this Notice, whether the Company is or was a member of a trade or business "under common control" within the meaning of Sections 414 and 1563 of the Internal Revenue Code of 1986, as amended (i.e., a "controlled group"). If the Company is or was a member of a controlled group, it is hereby requested that the Company furnish the undersigned with the corporate (or business) names and addresses of each organization within the controlled group. Please also note whether any of these organizations contributed to the Fund at any time.

If you have any questions, please contact the Fund's Collections Department.

Sincerely,

Board of Trustees of the
Local 813 Pension Trust Fund

By: _/s/ Sharon Huang_
Sharon Huang
Fund Administrator

Enclosure

cc: Anthony S. Cacace
    Counsel to the Fund

May 27, 2022

**Argento Rubbish Removal, Inc.**

**SCHEDULE OF PENSION WITHDRAWAL LIABILITY PAYMENTS**

**Total of Pension Withdrawal Liability_____$1,233,673.00**

**Two Hundred Forty (240) monthly installment payments of $1,254.00. The payment schedule is limited to 20 years as prescribed in Section 4219 of ERISA. Payment shall commence on or before July 27, 2022 and continue to be paid every month on the 27th of each month until the balance is paid in full.**

**PENSION PLAN PRIVATE SANITATION UNION, LOCAL 813, I. B. OF T.**   EXHIBIT A

Employer Name: Argento Rubbish Removal Inc.
Contract Number(s): 833
Year of Withdrawal: *Plan Year beginning January 1, 2022 and ending December 31, 2022*

*The withdrawal liability assessment for an employer who withdraws during the plan year ending December 31, 2022 will be based on unfunded liabilities as of December 31, 2021. The unfunded liabilities as of December 31, 2021 have not yet been determined. Therefore, the amount of this preliminary assessment is based on the most recently available unfunded liabilities, which are measured as of December 31, 2020, and assuming a complete withdrawal during 2021.*

### Estimate of Withdrawal Liability

**A. Unfunded Vested Benefits Allocable to Contributing Employers**
*Measurement Date: December 31, 2020*

| | |
|---|---:|
| 1. Value of Non-Forfeitable Benefits | $ 295,732,559 |
| 2. Value of Plan Assets | 175,435,461 |
| 3. Unfunded Vested Benefits (A.1. - A.2., but not less than zero) | 120,297,098 |
| 4. Value of Outstanding Claims for Withdrawal Liability from Previously Withdrawn Employers | 7,126,465 |
| 5. Unfunded Vested Benefits Allocable to Contributing Employers (A.3. - A.4.) | $ 113,170,633 |

**B. Historical Plan Contributions**

| 1. Plan Year Ending December 31, | 2. Withdrawing Employer | 3. All Employers | 4. Previously Withdrawn Employers |
|---|---:|---:|---:|
| 2016 | $ 16,601 | $ 5,380,484 | $ 718,457 |
| 2017 | 17,594 | 5,238,633 | 547,824 |
| 2018 | 18,972 | 5,231,565 | 383,822 |
| 2019 | 20,490 | 5,678,306 | 290,569 |
| 2020 | 21,994 | 5,120,153 | 179,963 |
| TOTAL | $ 264,717 | $ 26,649,140 | $ 2,120,634 |

**C. Allocation of Unfunded Vested Benefits**

| | |
|---|---:|
| 1. Total Contributions of Withdrawing Employer from 2016 through 2020 (B.2.) | $ 264,717 |
| 2. Net Contributions from All Employers for 2016 through 2020 (B.3. - B.4.) | 24,528,506 |
| 3. Allocation Fraction (C.1. / C.2.) | 1.07922187% |
| 4. Allocation of Unfunded Vested Benefits (A.5. x C.3.) | $ 1,221,362 |

**D. De Minimis Reduction**

| | |
|---|---:|
| 1. Excess Liability (C.4. - $100,000, but not less than zero) | $ 1,121,362 |
| 2. Lesser of $50,000 or 0.75% of Unfunded Vested Benefits (Minimum of $50,000 or 0.75% x A.3.) | 50,000 |
| 3. De Minimis Reduction (D.2. - D.1., but not less than zero) | $ 0 |

**E. Allocation of Affected Benefit Pool(s)**

| | |
|---|---:|
| 1. Outstanding Balance of Affected Benefits Pool(s) as of December 31, 2020 | $ 1,140,761 |
| 2. Allocation Fraction (C.3.) | 1.07922187% |
| 3. Allocation of Affected Benefits Pool(s) to Withdrawing Employer (E.1. x E.2.) | $ 12,311 |

**F. Complete Withdrawal Liability**

| | |
|---|---:|
| 1. Unfunded Vested Benefits Allocable to Withdrawing Employer (C.4.) | $ 1,221,362 |
| 2. De Minimis Reduction (D.3.) | 0 |
| 3. Preliminary Complete Withdrawal Liability (F.1. - F.2., but not less than zero) | 1,221,362 |
| 4. Allocation of Affected Benefits Pool(s) (E.3.) | 12,311 |
| 5. Complete Withdrawal Liability (F.3. + F.4.) | $ 1,233,673 |

Withdrawal liability calculations were performed under the Multiemployer Pension Plan Amendments Act of 1980. The amount of Unfunded Vested Benefits ("UVBs") is determined as of the end of the plan year prior to the year of withdrawal. UVBs are allocated among all employers using the Rolling-Five method, as described in Section 4211(c)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA").

As prescribed under Section 4209(a) of ERISA, a de minimis reduction of up to $50,000 applies to employers with an allocation of UVBs of less than $150,000. This credit is reduced, dollar-for-dollar, to the extent that the amount of the employer's allocated UVBs exceeds $100,000.

The allocation of Affected Benefit Pool(s) is based on our understanding of the value of adjustable benefits reduced as part of the Rehabilitation Plan and the simplified allocation method described in Pension Benefit Guaranty Corporation ("PBGC") Technical Update 10-3.

In accordance with Section 305(g)(2) of ERISA, employer contributions shown above exclude automatic employer surcharges. However, employer contributions shown above include contribution rate increases required to be made pursuant to the Rehabilitation Plan on and after January 1, 2015. The data needed to exclude the latter amounts were not available at the time this calculation was performed.

**PENSION PLAN PRIVATE SANITATION UNION, LOCAL 813, I. B. OF T.**  **EXHIBIT B**

Employer Name: Argento Rubbish Removal Inc.
Contract Number(s): 833
Year of Withdrawal: *Plan Year beginning January 1, 2022 and ending December 31, 2022*

### Estimated Withdrawal Liability Payment Schedule

| | | | D. Historical Base Units | |
|---|---|---|---|---|
| **A. Estimated Withdrawal Liability (Subject to Change)** | | | Plan Year | Weeks Worked |
| For Plan Year Beginning January 1, 2022 | $ | 1,233,673 | 2012 | 104.00 |
| **B. Withdrawal Liability Payment** | | | 2013 | 104.00 |
| 1. Highest Weekly Contribution Rate (2013 - 2022) | $ | 143.93 | 2014 | 96.00 |
| 2. Highest 3-Year Average of Base Units (2012 - 2021) | | 104.00 | 2015 | 104.00 |
| 3. Annual Payment (B.1. x B.2., rounded) | | 14,969.00 | 2016 | 104.00 |
| 4. Quarterly Payment Conversion Factor | | 4.000000 | 2017 | 104.00 |
| 5. Quarterly Payments (B.3. / B.4.) | | 3,742.25 | 2018 | 104.00 |
| 6. Monthly Payment Conversion Factor | | 2.985173 | 2019 | 104.00 |
| 7. Monthly Payments (B.5. / B.6., rounded) | $ | 1,254.00 | 2020 | 104.00 |
| | | | 2021 | 65.00 |

**C. Withdrawal Liability Payment Schedule**
The employer is required to make 240 monthly payments of $1,254.00.
Note that the 20-year (240-month) payment limit applies.

The Employer's withdrawal liability shall be paid in equal monthly installments beginning no later than 60 days after the date of the demand for withdrawal liability. Interest on the unpaid withdrawal liability balance accumulates at the Plan rate of 6.00 percent per annum. The amount of the annual payment is equal to (a) the highest weekly contribution rate over the 10-year period ending with the year of withdrawal, times (b) the highest consecutive 3-year average of contribution base units (i.e., weeks worked) over the 10-year period ending with the year prior to the year of withdrawal. Payments shall not continue for more than 20 years (i.e., 240 months).

The highest weekly contribution rate used to develop the withdrawal liability payment excludes contribution rate increases required to be made pursuant to the Rehabilitation Plan on and after January 1, 2015, in accordance with the Section 305(g)(3) of ERISA.

U:\Teamsters 813\Pension_L813\2022\EWL\Argento Rubbish Removal\L813_EWL_Estimate_2022_Argento_Rubbish_Removal_Exhibits_v1.xlsx\EXHIBIT

Horizon Actuarial Services, LLC
5/24/2022

Pension Plan Private Sanitation Union, Local 813, I. B. of T.
Summary of Key Actuarial Assumptions & Methods
January 1, 2021 Actuarial Valuation Report
Withdrawal During the January 1, 2021 – December 31, 2021 Plan Year

a) **Interest Rate** — 6.00% per annum, compounded annually, net of operating and investment expenses.

b) **Operating Expenses** — Interest rate defined net of operating expenses.

c) **Non-Disabled Mortality** — 110% of the sex-distinct RP-2014 Blue Collar Mortality Tables, adjusted to base year 2006, reflecting fully generational mortality improvements with Scale MP-2018.

d) **Disabled Mortality** — The sex-distinct RP-2014 Disabled Retiree Mortality Tables, adjusted to base year 2006, reflecting fully generational mortality improvements with Scale MP-2018.

e) **Retirement**
   *Active Participants* — Active participants are assumed to retire according to the following rates (the same rates are used for males and females):

| Age | Rates |
|---|---|
| 55-59 | 8.00%* |
| 60-61 | 20.00% |
| 62-64 | 30.00% |
| 65-70 | 50.00% |
| 71 & Over | 100.00% |

*Participants covered by the Preferred Longevity Schedule of the Rehabilitation Plan that meet the eligibility requirements for the Rule of 90 Benefit are assumed retire at a rate of 15% for ages 55 through 59.*

f) **Retirement**
   *Inactive Participants* — Inactive participants are assumed to retire according to the following rates (the same rates are used for males and females):

| Age | Rates |
|---|---|
| 55 | 20.00% |
| 56-59 | 8.00% |
| 60-61 | 20.00% |
| 62-64 | 30.00% |
| 65-70 | 50.00% |
| 71 & Over | 100.00% |

1

Pension Plan Private Sanitation Union, Local 813, I. B. of T.
Summary of Key Actuarial Assumptions & Methods
January 1, 2021 Actuarial Valuation Report
Withdrawal During the January 1, 2021 – December 31, 2021 Plan Year

g) **Disability**

Sex-distinct rates provided in the Social Security Administration Actuarial Note Number 2018.6. Illustrations of the annual rates of disability are shown in the table below for selected ages:

| Age | Male | Female |
|---|---|---|
| 20 | 0.24% | 0.15% |
| 25 | 0.22% | 0.16% |
| 30 | 0.22% | 0.19% |
| 35 | 0.28% | 0.30% |
| 40 | 0.39% | 0.41% |
| 45 | 0.52% | 0.56% |
| 50 | 0.78% | 0.83% |
| 55 | 1.24% | 1.18% |
| 60 | 1.81% | 1.50% |

h) **Withdrawal**

Illustrations of the annual rates of withdrawal (for reasons other than mortality or disablement) are shown in the table below for selected ages (the same rates are used for males and females):

| Age | Rates |
|---|---|
| 20 | 17.46% |
| 25 | 18.51% |
| 30 | 12.19% |
| 35 | 8.78% |
| 40 | 7.00% |
| 45 | 6.21% |
| 50 | 5.63% |
| 55 | 2.92% |
| 60 | 2.20% |

i) **Form of Payment**

Non-married participants are assumed to elect the single life annuity. Married participants are assumed to elect the 50% joint and survivor annuity.

j) **Value of Assets**

Market Value

k) **Allocation Method**

Rolling-Five, with application of de minimis

2