# EXHIBIT B



**Local 813 Insurance and Pension Trust Funds**
**Local 27 Pension Trust Fund**
**Local 1034 Pension Fund**
**Nurses and Local 813 and Retirement Trust Fund**
**Local 813 Savings and Thrift Trust Fund**

48-18 Van Dam Street, Suite 201, Long Island City, NY 11101•(718) 937-7150 •Fax: (718) 937-7552

**By: USP Priority Mail and Regular Mail**

Adam A. Vionito
Owner
Argento Rubbish Removal, Inc.
3286 Country Club Road
Bronx, New York 10465

-and-

646 Pelham Road
New Rochelle, New York 10805

June 2, 2022

Re: **Notice of Default and Acceleration of Withdrawal Liability**

Dear Mr. Vionito:

By letter dated May 27, 2022, the Trustees of the Local 813 Pension Trust Fund (the "Fund") notified Argento Rubbish Removal, Inc. (the "Company") of its obligation to pay $300,960.00 in withdrawal liability to the Fund pursuant to Section 4219(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). At the time, the Company was provided with a demand for payment and a payment schedule.

Pursuant to ERISA § 4219(c) (5) (B) and Section 10 of the Fund's Withdrawal Liability Procedures, as amended, the Trustees have determined that the Company's permanent cessation of operations and sale of all or substantially all of its assets; each constitutes a substantial risk that the Company - will be unable to pay its withdrawal liability. As a result, the Trustees have exercised their right to accelerate the withdrawal liability - and hereby demand immediate payment of the $300,960.00 in withdrawal liability payments required by the assessment. Payment should be made to the order of the "Local 813 Pension Trust Fund" and forwarded to the undersigned at 48-18 Van Dam Street, Suite 201, Long Island City, New York 11101-3107.

If the full payment is not received by June 9, 2022, the Trustees reserve their right to seek immediate relief from a court of competent jurisdiction to collect all amounts owed, along with

accrued interest at 1.5% per month, liquidated damages, attorneys' fees and costs, and such other relief as the court may deem just and proper.

Sincerely,

Board of Trustees of the
Local 813 Pension Trust Fund

By: _____
Sharon Huang
Fund Administrator

Enclosure

cc: Anthony S. Cacace
    Counsel to the Fund